

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Wayne Johnson, Appellant | Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CV04405). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating. |
| No. 06-18-00108-CV      v. | |
| Dan (Danny) Halley, Appellee | |

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Wayne Johnson, pay all costs of this appeal.

RENDERED DECEMBER 21, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk